1 ROBERT W. FREEMAN
Nevada Bar No. 3062
2 PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
3 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
4 Las Vegas, Nevada 89118
702.893.3383
5 FAX: 702.893.3789
*Attorneys for Defendant*
6 *Steadfast Insurance Company*

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA, SOUTHERN DIVISION**

9 \*\*\*

| | |
|---|---|
| 10 ANGELIA NOBLES, an individual, | CASE NO. 2:19-cv-00384-GMN-CWH |
| 11 Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR STEADFAST INSURANCE COMPANY TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| 12 vs. | |
| 13 STEADFAST INSURANCE COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| 15 Defendants. | |

17 COME NOW, the parties, by and through their undersigned counsel of record and hereby

18 stipulate and agree that the time for Defendant to file its response to Plaintiff's' Complaint, said

19 response being due on April 10, 2019, be extended until April 24, 2019.

20 **<u>Reason for Extension</u>**

21 Because of the complexity of the claims made in Plaintiff's Complaint, Defendant requires

22 additional time to perform an investigation prior to filing a responsive pleading. This stipulation

23 …

24 …

25 …

26 …

27 …

28 …

4832-8034-8051.1

is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendant Steadfast Insurance Company's response to Plaintiff's Complaint.

Dated this ____ day of April, 2019.   Dated this ____ day of April, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP   CRAIG P. KENNY & ASSOCIATES

*/s/ Priscilla L. O'Briant, Esq.*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Priscilla L. O'Briant, Esq.
Nevada Bar No. 10171
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant*

*/s/ Brittany A. Young, Esq.*
Brittany A. Young, Esq.
Nevada Bar No. 13663
501 S. 8th Street
Las Vegas, Nevada 89101

Julie A. Mersch, Esq.
Nevada Bar No. 4695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

DATED: April 10, 2019

_____
U.S. DISTRICT COURT JUDGE